# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

YOUNG YIL JO,                                          CASE NO. 1:10-cv-00804-LJO-DLB PC

                          Plaintiff,                   ORDER DISMISSING ACTION, WITH
                                                       PREJUDICE
          v.
                                                       (Doc. 1)
BARACK OBAMA, et al.,

                          Defendants.
_____/

          Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at Airpark Unit Correctional Center in Big Spring, Texas.  To date, plaintiff has filed more than one hundred civil cases in this district.  Plaintiff is an abusive litigant who persists in filing baseless actions in this district.[1] As with the multitude of previous actions filed by Plaintiff, the complaint in this action is rambling and incoherent, and fails to state any cognizable claims under federal law. *Bell Atl. Corp. v. Twombly*, 127 S. Ct. 1955, 1965 (2007).

          This action is HEREBY DISMISSED, WITH PREJUDICE.


IT IS SO ORDERED.

**Dated:    May 13, 2010**                          _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES DISTRICT JUDGE

_____

[1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.